# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3670
_____

W.A., father of M.A., a minor
child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Taylor County.
William W. Blue, Judge.

December 7, 2018


PER CURIAM.

    AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David J. Joffe of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.

Sara E. Goldfarb, Appellate Counsel, Florida Statewide Guardian ad Litem Office, Tallahassee, for Appellee.